UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Shirley Jones
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Mayor Nutter
City Council President Darrell
L. Clark, Mark Squilla, Kenyatta Johnson,
Jannie Blackwell, Curtis Jones, Jr. Bobby
Henon, Maria D. Quinones-Sanchez,
Cindy Bass, Marian B. Tasco, Brian J.
O'Neill, W. Wilson Goode, Jr William
K. Greenlee, Bill Green, Dennis O'Brien,
James Kenney, Blondell Reynolds
Brown, David O.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

13    4298

COMPLAINT

Jury Trial: ☑ Yes ☐ No

(check one)

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              Ms Shirley Jones
             Street Address    1354 E Hines Street
             County, City      Philadelphia, PA
             State & Zip Code  19134
             Telephone Number  N/A

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**
Name: OFFICE OF The Mayor
Street Address: Room 215 City Hall
County, City: Philadelphia, PA
State & Zip Code: 19107

**Defendant No. 2**
Name: Council President Darrell L. Clarke
Street Address: City Hall 490
County, City: Philadelphia
State & Zip Code: PA 19107-3290

**Defendant No. 3**
Name: W. Wilson Goode Jr.
Street Address: City Hall Room 316
County, City: Philadelphia
State & Zip Code: PA 19107

**Defendant No. 4**
Name: William K. Greenlee
Street Address: City Hall Room 508
County, City: Philadelphia
State & Zip Code: PA 19107-3290

See B1

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☑ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __See 1A__

B. What date and approximate time did the events giving rise to your claim(s) occur? __See 2B__

[What happened to you?]

C. Facts: __See C3__

[Who did what?] __See C3__

[Was anyone else involved?] __See C3__

[Who else saw what happened?] __See C3__

Rev. 10/2009

- 3 -

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __See IV 4__

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. __See V 5__

B 1

Bill Green
City Hall, Room 312
Philadelphia, Pa 19107-3290

David OH
City Hall, Room 319
Philadelphia, PA 19107-3290

James Kenney
City Hall, Room 330
Philadelphia, PA 19107-3290

BLONDELL REYNOLDS BROWN
City Hall, Room 582
Philadelphia, PA 19107-3290

Dennis O'Brien
City Hall, Room 582
Philadelphia, PA 19107-3290

Mark Squilla
**District** 1
City Hall, Room 332
Philadelphia, PA 19107-3290

Kenyatta Johnson
**District 2**
City Hall, Room 580
Philadelphia, PA 19107-3290

Jannie Blackwell
**District 3**
City Hall, Room 408
Philadelphia, PA 19107-3290

Curtis Jones, Jr.
**District 4**
City Hall, Room 313

Bobby Henon
**District 6**
City Hall, Room 484
Philadelphia, PA 19107-3290

Maria D, Quinones Sanchez
**District 7**
City Hall, 592
Philadelphia, PA 19107-3290

Cindy Bass
**District 8**
City Hall, Room 594
Philadelphia, PA 19107-3290

Marian B. Tasco
**District 9**
City Hall, Room 577
Philadelphia, PA 19107-3290

Brian J. O'Neill
**District 10**
City Hall, Room 562
Philadelphia, PA 19107-3290

1A
A. Where did the events giving rise to your claim (s) occur?

There have been abuses and usurpations from this administration.
I am arguing that this action is preventing me from participating in certain activities which will benefit me and afford me more of an opportunity to be a productive homeowner and responsible person and contributor to society.

Mayor Nutter and City Council imposed upon Philadelphia a "temporary" Real-Estate Tax increase for two years in a row, on top of a 10 percent increase intend for the tax increase to be permanent and they enact this increase income on Philadelphia So, how can the Mayor enact a "temporary" tax increase- the legislation calls for rates to be lowered back to pre-tax hike levels for 2013 and still abide by the law to continue the City support?

During his campaign run in 2007 Mr. Nutter said, he will support a revenue neutral move toward Full Value Assessment matched by a proportional reduction in the millage rate by City Council. The Mayor is using fixing Real Estate Tax fairness as a revenue raiser. This is a betrayal of his campaign promise and a shady move, but knowing that the unfairness in Philadelphia real estate assessment forces many owners of modest row homes to pay more in taxes than many owners of expensive townhouses the move to raise the Real Estate Tax itself is a serious transgression.

The Philadelphia system of real estate taxation is broken and illegal so the move by the Mayor and City Council to increase Real Estate hurts row houses much more than town house Philadelphia, the mayor and City Council plan to use the "Fix" of this broken system to make these taxes increases permanent.

Auditor General Jack Wagner found that a single swap agreement undertaken by the district cost taxpayers between $10.2 million and $15.5 million more than if the swap had not been authorized. Based on his investigation, the auditor general characterized swaps as highly risky and impenetrably complex transactions that, quite simply, amount to gambling with public money. Moreover they are susceptible of being marketed deceptively and they principally benefit the investment banks and multitude of intermediaries who sell them to relatively unsophisticated public officials."

As of December 2010, when the last swap was cancelled, the LIBOR rate was 0.26%. The drop in LIBOR meant the associated financial institutions' payments also plummeted, whereas the school district's payments stayed at the higher fixed rates. What started out as approximately equal payments turned into a nearly one-sided transfer.

The Philadelphia Airport swap is currently set to terminate in 2025. Assuming the fixed interest rates depreciate at regular intervals on an annual basis, the city stands to lose another $57.5 million over the life of the swap.
All of the financial institutions that engaged in swaps with the city and school district received TARP money. The total TARP fund received by these institutions comes to more than $160 billion.

- Bank of America (Merrill Lynch parent) and its subsidiaries received more than $45 billion;
- Citigroup and its mortgage arm received more than $45 billion;
- Goldman Sachs received $10 billion;
- JP Morgan Chase and its subsidiaries received more than $25 billion;
- Morgan

The impact has been significant: according to Pennsylvania Auditor General Jack Wagner, 107 school districts and 86 local governments entered into swap agreements related to $14.9 billion in debt. Interest payments and cancellation fees associated with these interest rate swaps and swaptions have cost the city hundreds of millions of dollars.

City agencies and the school district entered these financial transactions with financial institutions, many of which received billions of dollars in bailouts following the economic crash. Many of these financial losses have already been realized, but currently active deals mean the city stands to lose millions more in the years to come. These financial institutions have profited, while Philadelphians have paid the price through lost city services, lost jobs, and lost school programs. The financial institutions, on the other hand, have returned to profitability with subsidies from taxpayers including Philadelphia taxpayers and with multimillion-dollar contracts with the city.

The focus should be on improving schools for students desperately in need of a better education. And don't forget: the district has closed 24 schools so students not only face the pain of leaving their schools behind, they also face walking into new schools that are understaffed. Forget extra money to ease the transition of this significant reformation of the district.

2 B

**B. What date and approximate time did the events giving rise you your claim (s) Occur?**

In January 2011, the Philadelphia School District paid $63 million to Morgan Stanley Capital Services Inc., Goldman Sachs Capital Markets LP and Wells Fargo Bank N.A. to cancel a total of five fixed-to-variable interest rate swaps. This comes in addition to the nearly $26.6 million the school district paid to Morgan Stanley Capital Services Inc. and Goldman Sachs Bank USA in April 2010 to cancel another four swaps.

As of July 2011, the city lost roughly $170 million on its current outstanding and terminated swaps. Adding in the costs of the school district swaps, we estimate the combined cost to Philadelphians is at least $331 million.

### Amendment IV 4

The right of the people to be secure in their persons, house, papers and effects

### Amendment V. 5

Nor be deprived of life, liberty, or property

### Amendment IX. 9

The Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

### Amendment XIV 14

Nor shall any state deprive any person of life, liberty, or properly without due process of life , nor deny to any person within jurisdiction the equal protection of the laws.

### Universal Declaration of Human Rights

### Article 17.

(1) Everyone has the right to own property alone as well as in association with others
(2) No one shall be arbitrarily deprived of his property.

### Article 29.

Everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meetings the just requirements of morality, public order and the general welfare in a democratic society.

### Article 30.

Nothing in this declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedom set forth herein.

C 3

## C. Facts:

The Mayor must be ever cognizant of his '**Fiduciary Duties**', and never violate, supercede, or abridge his limited, delegated Authorities; ever present in the exercising of his offices, always hold true, himself, and his offices, to the high standards of integrity and ethical behavior, as sworn to or affirmed by him, by solemn Oath, and as befits the public trust vested in him. There are no greater crimes crafted against humanity, than that of inferior officers in government who have no honor or integrity, who lack jurisdiction, and who willfully exercise such powers, vested in any of the offices of public trust, (not resting with him) and using such powers against the interests of, and to the injury of, the people. The city assessment of my property front and back is wrong and why I have to pay for a new assessment. The price for an appraiser varies from $350.00 and more. Where are the interior pictures from front to back? They never look at my back interior. How can they price my assessment? This is fraud changing numbers without it being notarized. What I know and is that the cuts to schools fell heavily on poorer districts. Over 23 schools and 3,859 teachers, counselors, secretaries and assistant principals lost their jobs because of the city neglect. The city made advances in its capabilities and has engaged in a series of irresponsible and reckless provocations.

If the city appraisers took interior pictures of my property and made assessment without notified me about the process is fraud. Now they want me to pay an appraiser to get a correct assessment because their assessment is wrong and incorrect. The city has an unbalanced tax structure.

I need the Mayor of Philadelphia for "full disclosure of the mechanics of this process." The Office of Property Assessment (OPA), needs to share the methodology used to determine the assessed values and the 13.9 percent deviation. The deviation and assessments for sales prices for single family homes should not be much higher- one as high as 35 percent, why is this? The Mayor needs to explain how OPA drew up the boundaries for more than 600 "pockets of real estate activity" known as Geographical Mapping Areas

Two years in a row the Mayor of Philadelphia forced the taxpayer to pay more in real estate taxes because there was no money for the school district. The Mayor and his administration deceive the people of Philadelphia, PA and this is fraud.
I was deprived of my fourth, fifth, ninth and 14th amendment rights. I am seeking unspecified damages, for fraud and acting under the color of law. I am ashamed and sickened by the behavior of city council and Mayor Nutter behavior during this process. For imposing taxes on me without (our) my consent. The Mayor and the city council had no authority to do what they did; this is clearly a violation of citizen civil and constitutional rights. I called the "inconsistency, uncertainty, and ambiguity" in real estate taxes and is "indefensible." All government officials from the Mayor to the City Council took an Oath to uphold the Constitution. Yet, they immediately, after taking that Oath, their begin to violate it. They create statutes and polices that further violate and control the people and rob the Peoples finances. Governments are in place to protect and serve the people. However, this political group, feigning as Government committed FRAUD "Right in Our Face."

C3

## Who did what?

The City of Philadelphia entered into several swap agreements to synthetically refund outstanding bonds: general obligation, lease, airport and water. Instead of taking out fixed-rate bonds, the city used variable-rate bonds.
The Philadelphia School District was forced to close a $629 million shortfall earlier this year by laying off teachers and other staff, increasing class sizes, and cutting intellectually gifted and music programs, among others. It now faces an additional $39 million hole that will likely lead to additional cuts.
The city's water and sewer swap is set to terminate in 2018. In that time, the city could lose another $16 million on this swap. The city could lose approximately $244 million more on these four swaps by the time the associated bonds mature. Additional losses could also be possible from the bond associated with the August 2010 wastewater swap mentioned above. When combined with the losses already realized, the city and school district could stand to lose more than $575 million. This half billion dollars is money the city of Philadelphia and the Philadelphia School District desperately need to provide services to children and other citizens of the city.
The public are being deceived

" These include:
a. Fees that were paid by the district which initially had been characterized as paid by the banks;
b. Huge profits by intermediaries that were not disclosed to the district;
c. Intermediaries with financial conflicts of interest that were not disclosed to the district; and
d. Deals that appeared lucrative for the district, which were significantly more lucrative to investors, that were not disclosed to the district.
City Controller Alan Butkovitz said the numbers are just wrong, the city should not be implementing a system this disruptive based on wrong numbers.

There are huge repercussions for city home owner's ability from this change in real estates tax. All bills for raising revenue shall originate in the PA Constitute or House of Representatives. Based on analysis of historical bond and swap interest rates and information obtained through Comprehensive Annual Financial Reports (CAFRs) and bond official statements, I estimate the school district has paid approximately $157,965,000 to the banks and received $86,098,000 in exchange over the entire life of the 10 swaps a net loss of $71,867,000. Including the cost of the nine cancellations brings the total cost to the school district to more than $161 million. Just as home owners were sold bad deals by Morgan Stanley, Wells Fargo, and Goldman Sachs and are now facing foreclosure, Philadelphia was sold a bad deal and now our children are paying the price in the form of larger classes, fewer teachers, and cuts to music, language, after-school and gifted programs.

The city and school district have lost **$331 million in net interest payments and cancellation fees** relating to swaps negotiated with bailed out financial institutions such as **Wells Fargo, Morgan Stanley and Goldman Sachs, as well as other banks;** and
• **The city could potentially lose more than $240 million in additional net interest payments** from still active swaps between the city agencies and the same financial institutions if interest rates continue to remain low.

The Mayor and city council, in declaring the closure of schools is depriving children of the rights of an education. This event is unconstitutional, is an unforgivable crime and is not justice. This revelation should lead to a criminal investigation. The state attorney needs to hold the Mayor and city council accountable for this action (swap). Using taxpayer money to pay for it. I love my neighborhood and somebody has to stand up for the city vanishing middle class. Council need to ask the state for permission to stop AVI and continue using the old assessments.

Through July 2011, I estimate the city paid $67.8 million toward the swaps and received $20.7 million plus the original up-front $6.5 million payment, for a net loss of $40.6 million. They are practicing fraud and the state attorney should be notified of their behavior and the state assembly.

As with the school district, the city took out fixed-to-variable swaps with Royal Bank of Canada, Merrill Lynch, Wachovia/ Wells Fargo, JP Morgan Chase and Citigroup to protect itself from interest rate increases.

The city issued new 2009 B general obligation bonds to match the remaining $100 million on the swap, keeping the same terms. Before termination of the $213.5 million, the city had lost roughly $10.62 million on the swap deal. As of July 27, 2011, the city had lost about $33.6 million, considering both payments on the swap and the termination fee. When combined with the losses already realized, the city and school district could stand to lose more than $575 million.

The state intervention affirms what many of us have long known: Despite its best efforts, the district consistent fails to educate its students or provide them with the love of learning they need to break the cycle of poverty. Are we getting the results that children and families in Philadelphia need?
When the state budget was first proposed by Gov. Corbett this year, it contained $ 14 million in additional state fund for basic education for Philadelphia (above the existing state subsidy for city schools). In March, the district and SRC made public their budget needs: $ 160 million more in city funds $120 million more in state funds, and $133 million in concessions from the PFT. The School District made this request after executing numerous efficiencies, including closing more than 30 schools.

### Code of Conduct
1. act in a way that enhances public confidence in the integrity of local government
2. understand the standards of conduct that are expected of them enable them to fulfil their statutory duty to act honestly and exercise a reasonable degree of care and diligence (section 439).

### C3    Was anyone else involved?

Mayor Nutter, City Council, and the Reform Commission conspire to injure me

**Title 18, part 1, Chapter 13 &241 of United States Code of law**

If and when Government officials fail to uphold and support the Constitution upon which they have taken their official oaths to uphold and have abandoned their fiduciary duties: possess no lawful authority.

The Philadelphia Authority for Industrial Development (PAID) entered into two swaps to refund its outstanding series 2001B bonds and put forth its 2007B bonds. The original amount of the two swaps was $289.7 million. The counterparties were JP Morgan Chase Bank and Merrill Lynch Capital Services. Roughly 75% of the notional value was with Merrill Lynch and 25% with JP Morgan. Through July 2011, I estimate the Authority paid roughly $42.2 million to the two counterparties and received $9.2 million in return, for a net loss of about $33 million.

The city still has a swap with Royal Bank of Canada on the remaining $100 million of its 2007 general obligation bond swap. The swap on the remaining $100 million terminates in 2031. By the time the swap terminates, the city would be expected to pay an additional $64.2 million to RBC in exchange for $5 million in return, for a net loss of $59.2 million.

The PAID swap with Merrill Lynch and JP Morgan is active through 2030. Over those 20 years, the city's estimated payments would total almost $120.5 million, for which it would receive about $9.1 million, for a net loss of $111.4 million. Of this, approximately $83.6 million would go to Merrill Lynch and $27.8 million to JP Morgan

The city engaged in additional swaps with JP Morgan, Citigroup and Merrill Lynch that have been terminated over the past four years. Termination fees ranged from $15.2 million to $48.8 million. Discounting upfront payments the city received, I estimate the total cost of these terminated swaps was more than $52.4 million.

As of July 2011, the city lost roughly $170 million on its current outstanding and terminated swaps. Adding in the costs of the school district swaps, we estimate the combined cost to Philadelphians is at least $331 million.

And while those financial institutions received federal assistance to protect them from their bad investments, Philadelphia's agencies and school district have been forced to shoulder the cost.

The role of the Mayor requires him to represent the interest of the city and community and to provide leadership: this means promoting public duty to others in the council and outside by your own ethical behavior. Selflessness: this means making decisions because they benefit the public, not because they benefit the decision maker. Honesty: This means obeying the law; following the letter and spirit of policies and procedures; observing the code of conduct; fully disclosing actual or potential conflict of interests and exercising any conferred power strictly for the purpose for which the power was conferred. Failure by the Mayor and city council to comply with the standards of code of conduct constitutes misbehavior.

**As a Public official**, their fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the Constitutional rights of all men to liberty, equality and justice. Whatever they see hear of a confidential nature, or that is confided in official capacity will be kept ever secret unless revelation is necessary in the performance of their duty.

C3

## Who else saw what happened?

Kevin Gillen, an economist at the University of Pennsylvania worked as a consultant for the OPA on the reassessment known as the Actual Value Initiative. Identifying "anecdotal properties" outside the 15 percent range as a basis for attacking the assessment efforts credibility".is extremely misleading and outright erroneous." Gillen noted that states law prohibits the city from assessing a house solely on its sale price the OPA is required to consider the sales of neighboring properties.

City Controller Alan Butkovitz calls AVI a tax hike that will harm all classes of homeowners and reverse progress in growth areas.

The Mayor, City Council, and the School reform Commission (SRC) took an oath or affirmation that he or she will support the Constitution and laws of the United States and the Constitution of the state of Pennsylvania, I want the school districts and local governments (Mayor) to stop entering into any additional swap agreements and to unwind any swaps agreements that they currently have in a way that best protects the interest of taxpayers.

The impact has been significant: according to Pennsylvania Auditor General Jack Wagner, 107 school districts and 86 local governments entered into swap agreements related to $14.9 billion in debt between October 2003 and June 2009.

The local Government Act 1993 provides for suspension of city council from civic office for up to six months for misbehavior.

Mayor Nutter Lawsuit seeking to oust the members of the Board of Revision of taxes failed and a Judge reinstated their positions will full back pay, he's simply hurting our city.

IV 4

## IV. Injuries:

Fraud is an intentional perversion of truth for the purpose of inducing another, in reliance upon it, to part with some valuable thing belonging to him or to surrender a legal right. Or by concealment of that which should have been disclosed. Fraud, one individual to get advantage over another by false suggestion or by suppression of the truth,

**Joiner v. Joiner Tex.Clv.App., 87 S.W.2d 903, 914,915.**

**Fraud:** a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another, so that he shall act upon it to his legal injury or suppression of truth, and includes and unfair way by which another is cheated or by one individual to get the advantage over another by false suggestion or by "Bad faith"

**Treason:** betrayal, of the trust undertaken or reposed in any one; a branch of faith, treachery. A violation by a subject of his allegiance to his sovereign or to the state, Including peculation of the public funds, and the concealment of something which ought to be revealed this is a form of **"Misprision of Treason'"**

**Government exists for one purpose and cause only; and that is to secure such rights.**

I'm angry because my grandchildren are having a hard time staying in school because they are closing every school they attended in. I was born in my neighborhood and don't want to be forced out. I'm fighting to stay here. It's infuriating that children have to pay for the consequences of the city neglect and the taxpayers pay more.
Shirley Jones is distress from this action and is suffering from the city council operation; I am seeking more than $100,000 in damages for physical and emotional distress. There are rules that city council and the Mayor are supposed to follow and they are not regional or city but national or city and its clear those rules were not followed.
Overly critical of self, of others, & situations, Negative outlook about life in general, Overly emotional, Overly sensitive, Overly emotional Overly sensitive, emotional-stability which lie at the heart of my disorders. Being disabled I made a commitment to myself to elevate my life and participate in activities which will advance my desire to lead a model life.
City council is inappropriately marking market value of individual home are fraudulent done and are psychological damage to homeowners. Where is the scientific theory and research to prove that this is better for the city and the community? Where is the research on this? Where is the statistical analysis? What research material did they use? City council and the Mayor are not acting responsibly and in good faith in connection with the matter at issues.
I have depressed mood, Anxiety, Suspiciousness, Panic attacks that occur weekly or less often, Impaired judgment, Difficulty adapting to stressful circumstances, including life setting, Disturbances of motivation and mood, Mild memory loss for names, Inability to establish and maintain effective relationships. Disorientation to time or places.
While the city and school district have already taken significant losses on bad swaps and swaptions, there is potentially more damage still to come. A number of the city's swaps are still active, and still forcing the city to make excessive payments to financial institution counterparties.

V 5

## V. Relief:

Based on this information, I recommended the General Assembly repeal Act 23 and that municipalities divest themselves of swaptions.

1. To stop their sensational exploitation of homeowners, city council mismanagement ignorance the important of real estate tax and continuing pattern of homeowners abuse and losing their home.

2. I am seeking monetary damages for physical and emotional distress and pain and suffering for being a homeowner.

3. Handling of public funds for school should never be exposed to the risk of financial loss.

4. Stop all Swaps. They have no place in public financing and should be banned immediately.

5. Call for "full, fair funding" for public schools review the incident for a federal prosecution. And a delegation of authority.

6. Common Pleas Judge Idee Fox ordered the Mayor of Philadelphia to pay the city firefighters union the award. Mayor Nutter administration appealed twice to not to paid Local 22 of the International Association of Fire fighters. Mayor Nutter violated a judge order. The Mayor is in "contempt of Court". He needs to appear in court to show why he should not be (effectively arrested) and punished for his contempt. As punishment the Court can fine and jail him. **"Now"**.

7. I called on law enforcement officials to investigate and prosecute conflicts of interest in the transactions, and pursue avenues to recover funds, including equitable relief from existing swaps obligations.

8. Mayor Nutter, School Superintendent and city Council must inform the public of using school funds for investment.

9. I 'am asking the federal court to disband the School Reform Commission (SRC) and replace it with appointees. The state isn't increasing its commitment to education: It's asking us to.

10. I am asking for a injunctions to reverse the decision of closing 30 schools, the closings are disproportionately unfair to Black and special needs students.

## Declaration of the Rights of the Child

Whereas mankind owes the child the best it has to give.

Now Therefore

The General Assembly

Proclaims this Declaration of the Rights of the Child to the end that he may have happy childhood and enjoy for his own good and for the good of society the rights and freedoms herein set forth, and calls upon parents, upon men and women as individual and upon voluntary organizations. Local authorities and national Governments to recognize these rights and strive for their observance by legislative and other measures progressively taken in accordance with the following principles:

### Principle 1

The child shall enjoy all the rights set forth in this Declaration. All Children without any exception whatsoever, shall be entitled to these rights, without distinction or discrimination on account of race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other status, whether of himself or of his family.

### Principle 2

The child shall enjoy special protection and shall be given opportunities and facilities, by law and by other means, to enable him to develop physically, mentally, morally, spiritually and socially in a healthy and normal manner and in conditions of freedom and dignity. In the enactment of laws for this purpose the best interests of the child be the paramount consideration.

### Principle 3

**The child shall be entitled from his birth to a name and a nationality**
### Principle 7

He shall be given an education which will promote his general culture, and enable him on the basis of equal opportunity to develop his abilities, his individual judgment, and his sense of moral and social responsibility lies in the first place with his parents.

### Principle 9

The child shall be protected against all forms of neglect, cruelty and exploitation.

### Principle 10

The child shall be protected from practices which may foster racial, religious and any other form of discrimination.

My Constitutional rights were violated and the way that this was done was outrageous, hopefully justice will be served and this blatant misuse of power can be avoided in the future.

I ' so traumatized that I can't sleep and when I do I am plagued by nightmares that I will lost my mother house.

The state intervention affirms what many of us have long known: Despite its best efforts, the district consistent fails to educate its students or provide them with the love of learning they need to break the cycle of poverty. Are we getting the results that children and families in Philadelphia need?

~~When the state budget was first proposed by Gov. Corbett this year, it contained $ 14~~ million in additional state fund for basic education for Philadelphia (above the existing state subsidy for city schools). In March, the district and SRC made public their budget needs: $ 160 million more in city funds $120 million more in state funds, and $133 million in concessions from the PFT. The School District made this request after executing numerous efficiencies, including closing more than 30 schools.



$160
$120
$133
─────
$413 million